UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL P. FRIEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 7:23-CV-454-BO-KS |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This judgment filed and entered on October 4, 2023, and served on:**
Charles F. Hall IV (via CM/ECF NEF)
Brittany Gigliotti (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Kenneth DiVito (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

October 4, 2023

/s/ Lindsay Stouch
By: Deputy Clerk